UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No.: 1699 |
| This Document Relates to: | Civil Action No.: 06-2100 (Transfer Case) |
| Vern Bowers | |

### ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE REGARDING PLAINTIFF VERN BOWERS

**IT IS HEREBY ORDERED** pursuant to the above Stipulation, that the claim of plaintiff, Vern Bowers, in the above-referenced matter is dismissed with prejudice.

Dated: October __27__, 2006.

_____
Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

NEWY1\8050246.1